PAUL J. MANSDORF
1563 Solano Ave. #703
Berkeley, CA 94707
(510) 526 5993
mansdorftrustee@sbcglobal.net
CHAPTER 7 TRUSTEE

UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA

In re

JESSE R. MALAGUIT                        Case No. 10-40053 NM

               Debtor(s).
_____/

**OPPOSITION TO DEBTOR'S APPLICATION TO EXTEND TIME TO FILE SCHEDULES AND OTHER IMPORTANT DOCUMENTS**

     PAUL J. MANSDORF, the Chapter 7 Trustee, hereby objects to debtor's requested relief, on the following grounds:

     1) The debtor is seeking one month and fifteen days to file schedules, which is unacceptable under the circumstances. It means a meaningful §341 cannot take place until no earlier than February 24, 2010.

     2) The debtor likely has absolutely no venue in the Northern District. It is unclear why George Holland's office filed the case here. The case was apparently filed to save a house in Loma Linda, CA , which is also the debtor's address.

     3) As of sixteen days after case commencement, there apparently remains no statement of social security number, and it is long overdue (January 12, 2009 - Docket #3).

     WHEREFORE, the undersigned respectfully requests that the requested relief be denied.

DATED: January 20, 2010          Respectfully submitted,

                                         /s/ PAUL J. MANSDORF
                                         Chapter 7 Trustee