**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form DOC

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re:  Jesse R. Malaguit<br>  aka   Jess R Malaguit<br>            Debtor(s) | Case No.: 10−40053 RN 7<br>Chapter:  7 |

**NOTICE OF DISMISSAL OF CASE**

**Notice is given** that an order was filed on 1/21/10 dismissing the above−captioned case.

Dated: 1/21/10            For the Court:

                          Gloria L. Franklin
                          Clerk of Court
                          United States Bankruptcy Court

Doc # 10

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: lblue              Page 1 of 1              Date Rcvd: Jan 21, 2010
Case: 10-40053                Form ID: DOC             Total Noticed: 6
```

The following entities were noticed by first class mail on Jan 23, 2010.
```
db          +Jesse R. Malaguit,    11075 Boren Ave.,    Loma Linda, CA 92354-6518
smg          CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
              Sacramento, CA  94280-0001
smg         +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
smg         +State Board of Equalization,    Collection Dept.,    P.O. Box 942879,    Sacramento, CA 94279-0001
```
The following entities were noticed by electronic transmission on Jan 22, 2010.
```
smg          EDI: CALTAX.COM Jan 21 2010 21:13:00      CA Franchise Tax Board,
              Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
cr           EDI: BECKLEE.COM Jan 21 2010 21:08:00      American Express Centurion Bank,
              c/o Becket and Lee LLP,    POB 3001,    Malvern, PA  19355-0701
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 23, 2010**                    Signature: *Joseph Speetjens*